**FILED**
July 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHRISTINE WISE, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00177-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Christine Wise</u>; Case <u>2:12-mj-00177-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

    X   Unsecured Appearance Bond in the amount of $25,000.00, co-signed by defendant's sister, Misty Arakawa.

    _   Appearance Bond with 10% Deposit

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    X   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>7/9/2012</u> at 2:15 pm.

By _____
Kendall J. Newman
United States Magistrate Judge